**REQUIRED STATEMENT**
**TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

All Cases:  Debtor(s) <u>John A Hopkins, III;</u>  Case No. <u>16-39701</u> Chapter <u>13</u>

All Cases:  Moving Creditor <u>Wilmington Savings Fund Society, FSB d/b/a christiana Trust, Not in it's individual</u>
<u>capacity but solely as the trustee for the brougham fund I trust</u>        Date Case Filed <u>12/19/2016</u>

Nature of Relief Sought: ☒ Lift Stay☐ Annul Stay    ☐ Other (describe) _____

Chapter 13:      Date of Confirmation Hearing _____ or Date Plan Confirmed <u>5/22/2017</u>

Chapter 7:       ☐ No-Asset Report Filed on _____

                 ☐ No-Asset Report not Filed, Date of Creditors Meeting _____

1.  Collateral
    a.   ☒ Home
    b.   ☐ Car   Year, Make, and Model _____
    c.   ☐ Other (describe) _____

2.  Balance Owed as of Petition Date <u>$247,250.37</u>
    Total of all other Liens against Collateral <u>$0.00</u>

3.  In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts
    and dates of all payments received from the debtor(s) post-petition.

4.  Estimated Value of Collateral (must be supplied in *all* cases) <u>$175,000.00 (per Amended Schedule A/B)</u>

5.  Default
    a.   ☐ Pre-Petition Default
         Number of months _____        Amount $ _____
    b.   ☒ Post-Petition Default
         i.   ☒ On direct payments to the moving creditor
              Number of Months <u>3</u>   Amount <u>$5,477.12</u>
         ii.  ☐ On payments to the Standing Chapter 13 Trustee
              Number of months _____        Amount $ _____

6.  Other Allegations
    a.   ☐ Lack of Adequate Protection § 362(d)(1)
         i.    ☐ No insurance
         ii.   ☐ Taxes unpaid       Amount <u>$_____</u>
         iii.  ☐ Rapidly depreciating asset
         iv.   ☐ Other (describe) _____
    b.   ☒ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)
    c.   ☐ Other "cause" § 362(d)(1)
         i.    ☐ Bad Faith (describe) _____
         ii.   ☐ Multiple Filings
         iii.  ☐ Other (describe) _____
    d.   Debtor's Statement of Intention regarding the Collateral
         i.    ☐ Reaffirm      ☐ Redeem      ☐ Surrender      ☒ No Statement of Intention Filed

Date: 10/15/18                              <u>/s/ Nisha B. Parikh</u>
                                            Counsel for Movant

**PAYMENT CHANGES**

| DATE | P&I | Taxes | Insurance | MI | Total |
|---|---|---|---|---|---|
| 01/01/17 | 0.00 | | | | 2,087.12 |
| 08/01/17 | | | | | 1,892.73 |

| Loan# | ████ |
|---|---|
| Borrower: | Hopkins |
| Date Filed: | 12/19/2016 |
| First Post Petition Due Date: | 1/1/2017 |
| POC covers: | 4/1/16 - 12/1/16 |

| Date | Amount Recvd | Post Petition Due Date | Contractual Due Date | Amount Due | Over/Shortage | Suspense Credit | Suspense Debit | Susp Balance | POC Arrears Credit | POC Debit | POC Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/6/2017 | $2,087.12 | 1/1/17 | 4/1/16 | $2,087.12 | $0.00 | | | $0.00 | | | |
| 2/7/2017 | $2,087.12 | 2/1/17 | 5/1/16 | $2,087.12 | $0.00 | | | $0.00 | | | $0.00 |
| 3/21/2017 | $2,087.12 | | | | $2,087.12 | $2,087.12 | | $2,087.12 | | | $0.00 |
| 4/21/2017 | $2,087.12 | | | | $2,087.12 | $2,087.12 | | $4,174.24 | | | $0.00 |
| 5/23/2017 | $2,087.12 | | | | $2,087.12 | $2,087.12 | | $6,261.36 | | | $0.00 |
| 6/2/2017 | | 3/1/17 | 6/1/16 | $2,087.12 | -$2,087.12 | | $2,087.12 | $4,174.24 | | | $0.00 |
| 6/2/2017 | | 4/1/17 | 7/1/16 | $2,087.12 | -$2,087.12 | | $2,087.12 | $2,087.12 | | | $0.00 |
| 6/2/2017 | | 5/1/17 | 8/1/16 | $2,087.12 | -$2,087.12 | | $2,087.12 | $0.00 | | | $0.00 |
| 7/17/2017 | $2,087.12 | 6/1/17 | 9/1/16 | $2,087.12 | $0.00 | | | $0.00 | | | $0.00 |
| 7/26/2017 | | Trustee payment | | | $0.00 | | | $0.00 | $259.00 | | $259.00 |
| 8/22/2017 | | Trustee payment | | | $0.00 | | | $0.00 | $636.55 | | $895.55 |
| 9/26/2017 | | Trustee payment | | | $0.00 | | | $0.00 | $509.24 | | $1,404.79 |
| 10/27/2017 | | Trustee payment | | | $0.00 | | | $0.00 | $634.58 | | $2,039.37 |
| 11/21/2017 | | Trustee payment | | | $0.00 | | | $0.00 | $501.36 | | $2,540.73 |
| 11/21/2017 | | PRE payment applied | 10/1/16 | | $0.00 | | | $0.00 | | $2,075.22 | $465.51 |
| 11/27/2017 | $2,100.00 | 7/1/17 | 11/1/16 | $2,087.12 | $12.88 | $12.88 | | $12.88 | | | $465.51 |
| 12/19/2017 | | Trustee payment | | | $0.00 | | | $12.88 | $376.02 | | $841.53 |
| 1/31/2018 | $500.00 | | | | $500.00 | $500.00 | | $512.88 | | | $841.53 |
| 2/1/2018 | $11,900.00 | 8/1/17 | | $1,892.73 | $10,007.27 | $10,007.27 | | $10,520.15 | | | $841.53 |
| | | 9/1/17 | | $1,892.73 | -$1,892.73 | | $1,892.73 | $8,627.42 | | | $841.53 |
| | | 10/1/17 | | $1,892.73 | -$1,892.73 | | $1,892.73 | $6,734.69 | | | $841.53 |
| | | 11/1/17 | | $1,892.73 | -$1,892.73 | | $1,892.73 | $4,841.96 | | | $841.53 |
| | | 12/1/17 | | $1,892.73 | -$1,892.73 | | $1,892.73 | $2,949.23 | | | $841.53 |
| | | 1/1/18 | | $1,892.73 | -$1,892.73 | | $1,892.73 | $1,056.50 | | | $841.53 |
| 2/20/2018 | $1,900.00 | 2/1/18 | | $1,892.73 | $7.27 | $7.27 | | $1,063.77 | | | $841.53 |
| 3/20/2018 | $1,900.00 | 3/1/18 | | $1,892.73 | $7.27 | $7.27 | | $1,071.04 | | | $841.53 |
| 5/8/2018 | $1,900.00 | 4/1/18 | | $1,892.73 | $7.27 | $7.27 | | $1,078.31 | | | $841.53 |
| 7/11/2018 | $1,950.00 | 5/1/18 | | $1,892.73 | $57.27 | $57.27 | | $1,135.58 | | | $841.53 |
| 08/08/218 | $2,000.00 | 6/1/18 | | $1,892.73 | $107.27 | $107.27 | | $1,242.85 | | | $841.53 |
| 9/25/2018 | $2,550.00 | 7/1/18 | | $1,892.73 | $657.27 | $657.27 | | $1,900.12 | | | $841.53 |
| | | 8/1/18 | | $2,459.08 | -$2,459.08 | | | $1,900.12 | | | $841.53 |
| | | 9/1/18 | | $2,459.08 | -$2,459.08 | | | $1,900.12 | | | $841.53 |
| | | 10/1/18 | | $2,459.08 | -$2,459.08 | | | $1,900.12 | | | $841.53 |
| | | | | | $0.00 | | | $1,900.12 | | | $841.53 |
| | | | | | $0.00 | | | $1,900.12 | | | $841.53 |
| | | | | | $0.00 | | | $1,900.12 | | | $841.53 |
| | | | | | $0.00 | | | $1,900.12 | | | $841.53 |
| | | | | | $0.00 | | | $1,900.12 | | | $841.53 |
| | | | | | $0.00 | | | $1,900.12 | | | $841.53 |
| | | | | | $0.00 | | | $1,900.12 | | | $841.53 |
| | | | | | $0.00 | | | $1,900.12 | | | $841.53 |
| | | | | | $0.00 | | | $1,900.12 | | | $841.53 |

| | | | | $0.00 | | $1,900.12 | | $841.53 |
|---|---|---|---|---|---|---|---|---|
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |

| | | | | $0.00 | | $1,900.12 | | $841.53 |
|---|---|---|---|---|---|---|---|---|
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |

| | | | | $0.00 | | $1,900.12 | | $841.53 |
|---|---|---|---|---|---|---|---|---|
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | $841.53 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | $0.00 | | $1,900.12 | | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | | $841.53 |
| | | | | $0.00 | | $1,900.12 | | | $841.53 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | $0.00 | | | $1,900.12 | | $841.53 |
| | | | | | $0.00 | | | $1,900.12 | | $841.53 |
| | | | | | $0.00 | | | $1,900.12 | | $841.53 |
| | | | | | $0.00 | | | $1,900.12 | | $841.53 |
| | | | | | $0.00 | | | $1,900.12 | | $841.53 |
| | | | | | $0.00 | | | $1,900.12 | | $841.53 |
| | | | | | $0.00 | | | $1,900.12 | | $841.53 |
| | | | | | $0.00 | | | $1,900.12 | | $841.53 |
| | | | | | $0.00 | | | $1,900.12 | | $841.53 |
| | | | | | $0.00 | | | $1,900.12 | | $841.53 |
| | | | | | $0.00 | | | $1,900.12 | | $841.53 |
| | | | | | $0.00 | | | $1,900.12 | | $841.53 |
| | | | | | $0.00 | | | $1,900.12 | | $841.53 |
| | | | | | $0.00 | | | $1,900.12 | | $841.53 |
| | | | | | $0.00 | | | $1,900.12 | | $841.53 |
| | | | | | $0.00 | | | $1,900.12 | | $841.53 |
| | | | | | $0.00 | | | $1,900.12 | | $841.53 |
| | | | | | $0.00 | | | $1,900.12 | | $841.53 |
| | | | | | $0.00 | | | $1,900.12 | | $841.53 |
| | | | | | $0.00 | | | $1,900.12 | | $841.53 |

| POC Paid to Date | APO Arrears Credit | APO Debit | APO Suspense Balance | APO Paid to Date | Fee/Escrow Deposit | Comment |
|---|---|---|---|---|---|---|
| $0.00 | | | | $0.00 | | |
| $0.00 | | | $0.00 | $0.00 | | |
| $0.00 | | | $0.00 | $0.00 | | |
| $0.00 | | | $0.00 | $0.00 | | |
| $0.00 | | | $0.00 | $0.00 | | |
| $0.00 | | | $0.00 | $0.00 | | |
| $0.00 | | | $0.00 | $0.00 | | |
| $0.00 | | | $0.00 | $0.00 | | |
| $259.00 | | | $0.00 | $0.00 | | |
| $895.55 | | | $0.00 | $0.00 | | |
| $1,404.79 | | | $0.00 | $0.00 | | |
| $2,039.37 | | | $0.00 | $0.00 | | |
| $2,540.73 | | | $0.00 | $0.00 | | |
| $2,540.73 | | | $0.00 | $0.00 | | |
| $2,540.73 | | | $0.00 | $0.00 | | |
| $2,916.75 | | | $0.00 | $0.00 | | |
| $2,916.75 | | | $0.00 | $0.00 | | |
| $2,916.75 | | | | | | |
| $2,916.75 | | | $0.00 | $0.00 | | |
| $2,916.75 | | | $0.00 | $0.00 | | |
| $2,916.75 | | | $0.00 | $0.00 | | |
| $2,916.75 | | | $0.00 | $0.00 | | |
| $2,916.75 | | | $0.00 | $0.00 | | |
| $2,916.75 | | | $0.00 | $0.00 | | |
| $2,916.75 | | | $0.00 | $0.00 | | |
| $2,916.75 | | | $0.00 | $0.00 | | |
| $2,916.75 | | | $0.00 | $0.00 | | |
| $2,916.75 | | | $0.00 | $0.00 | | |
| $2,916.75 | | | $0.00 | $0.00 | | |
| $2,916.75 | | | $0.00 | $0.00 | | |
| $2,916.75 | | | $0.00 | $0.00 | | |
| $2,916.75 | | | $0.00 | $0.00 | | |
| $2,916.75 | | | $0.00 | $0.00 | | |
| $2,916.75 | | | $0.00 | $0.00 | | |
| $2,916.75 | | | $0.00 | $0.00 | | |
| $2,916.75 | | | $0.00 | $0.00 | | |
| $2,916.75 | | | $0.00 | $0.00 | | |

| | | | | | |
|---|---|---|---|---|---|
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | | | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |

| | | | | | |
|---|---|---|---|---|---|
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |

| $2,916.75 | | $0.00 | $0.00 | | |
|---|---|---|---|---|---|
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |

| | | | | | |
|---|---|---|---|---|---|
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |

| | | | | | |
|---|---|---|---|---|---|
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |
| $2,916.75 | | $0.00 | $0.00 | | |